■ Mahamadu Trawally et al., Plaintiffs, v East Clarke Realty Corp. et al., Defendants. Mahamadu Trawally et al., Appellants, v 41 Elliot Place Corp. et al., Defendants, and 41 Inc. et al., Respondents. [937 NYS2d 851]—

Defendants moved pursuant to CPLR 5015 (a) (1) to vacate the order striking their answer. A party seeking such relief must establish a reasonable excuse for its underlying default as well as a meritorious defense (*see Ogen v Nordstrom*, 85 AD3d 552 [2011]). Defendants' purported showing of a meritorious defense was insufficient because it was based on the affirmation of an attorney who had no personal knowledge of the facts alleged (*see Thelen LLP v Omni Contr. Co., Inc.*, 79 AD3d 605, 606 [2010], *lv denied* 17 NY3d 713 [2011]). Concur—Saxe, J.P., Sweeny, Acosta and DeGrasse, JJ.